# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 76 MM 2022 |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| KIRBY STEWART, A/K/A KEVIN WILLIAMS, | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of November, 2022, the "Motion for Appointment of Counsel" is DENIED.